UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE

FILED BY_____ D.C.

05 MAY -2 PM 2: 22

ROBERT ___ Trolio
CLERK, U.S. DIST. CT.
W. D OF TN, MEMPHIS

UNITED STATES OF AMERICA,

Plaintiff,

Case No.    01-CR-20235-01

vs.

JOHN ALLEN LATON,

Defendant.

_____/

## ORDER GRANTING DEFENDANT'S MOTION TO
## DECLARE DEFENDANT INDIGENT FOR PURPOSES OF APPEAL

On April 19, 2005, the defendant filed a "Motion to Declare the Defendant Indigent for Purposes of Appeal." Upon review of the motion and affidavit, the court will grant the motion. Therefore,

IT IS HEREBY ORDERED that the defendant's motion is **GRANTED** declaring the defendant indigent for all appellate purposes.

ROBERT H. CLELAND
UNITED STATES DISTRICT JUDGE

DATED:

27 April 05

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on 5-2-05

63

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 63 in case 2:01-CR-20235 was distributed by fax, mail, or direct printing on May 2, 2005 to the parties listed.

---

Leslie I. Ballin
BALLIN BALLIN & FISHMAN
200 Jefferson Ave.
Ste. 1250
Memphis, TN 38103

Jennifer Lawrence Webber
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Robert Cleland
US DISTRICT COURT