

EGA OPINION
YES ☐ NO ☑

SIGNATURE

**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TENNESSEE**
**WESTERN DIVISION**

UNITED STATES OF AMERICA

      Plaintiff,

v.

JOHN LATON

      Defendant.

Case No. 01-20235

_____/

## ORDER DENYING DEFENDANT'S "MOTION TO DELAY SURRENDER DATE"

On September 2, 2005 the court received via facsimile a letter accompanied by a "Motion to Delay Surrender Date" from Defendant John Laton.  Defendant requests the court to delay his surrender date on September 6, 2005 until a date after October 17, 2005 so that he can finish taking care of some family and personal matters "prior to serving his sentence."  (9/2/05 "Motion to Delay Surrender Date.")  After reviewing Defendant's motion, the court does not find good cause that would warrant a delay in Defendant's surrender date.  *See, generally,* Fed. R. Crim. P. 32(b).

IT IS ORDERED that Defendant's September 2, 2005 "Motion to Delay Surrender Date" is DENIED.

S/Robert H. Cleland
ROBERT H. CLELAND
UNITED STATES DISTRICT JUDGE

Dated:  September 7, 2005

PURSUANT TO RULE 77(d), FED. R. CIV. P.
COPIES MAILED TO COUNSEL FOR ALL
PARTIES ON _____ 9/8_____ 20 05

Lisa Wagner
DEPUTY COURT CLERK

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on  9-13-05

69

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 69 in case 2:01-CR-20235 was distributed by fax, mail, or direct printing on September 13, 2005 to the parties listed.

---

Leslie I. Ballin
BALLIN BALLIN & FISHMAN
200 Jefferson Ave.
Ste. 1250
Memphis, TN 38103

Jennifer Lawrence Webber
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Robert Cleland
US DISTRICT COURT